Dane Bolinger, ISB No. 9104
William K. Smith, ISB No. 9769
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208-954-5936
Email: dbolinger@hawleytroxell.com
        wsmith@hawleytroxell.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUNRISE FOODS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RYAN HINTON INC., <br><br> Defendant. | Case No. 1:17-cv-457 <br><br> COMPLAINT |

Plaintiff Sunrise Foods International, Inc. ("Sunrise"), by and through its undersigned counsel of record, states, alleges and avers against Defendant Ryan Hinton, Inc. ("Hinton"), as follows:

# I.
# PARTIES AND JURISDICTION

1.     Sunrise is a Canadian corporation with its principal place of business in Saskatoon, SK, Canada.

COMPLAINT - 1

2.     Hinton is an Idaho corporation organized and existing under the laws of the State of Idaho with its principal place of business in Twin Falls County, Idaho.

3.     This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that this is a civil action involving claims under the United Nations Convention on Contracts for the International Sale of Good (the "CISG"), a treaty of which the United States of America and Canada are both signatories.

4.     This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(2), in that this is a civil action between Sunrise, a Canadian corporation, and Defendant, an Idaho entity, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

## II.
## GENERAL ALLEGATIONS

5.     On or about July 16, 2015, Hinton entered into a sales contract with Sunrise in which Hinton agreed to purchase certified organic corn from Sunrise.

6.     On or about November 18, 2015, Hinton and Sunrise entered into a modified sales contract regarding the purchase of the certified organic corn (the "Contract").

7.     Pursuant to the terms of the Contract, Hinton was required to purchase 6,000 short tons of certified organic corn at $415.00 per short ton between October 1, 2015, and September 30, 2016.

8.     As of September 30, 2016, Hinton had only picked up 334 short tons of corn from Sunrise.

9.     The last delivery of corn occurred in or around January 2016.

10. Despite Sunrise's attempts to communicate with Hinton regarding its obligations under the Contract, Hinton has failed and refused to perform on its agreement with Sunrise, and has failed and refused to take delivery of the certified organic corn as agreed.

### III.
### FIRST CLIAM FOR RELIEF
**(Breach of Contract)**

11. Sunrise re-alleges the provisions of paragraphs 1 through 10.

12. The Contract for the purchase of organic certified corn between Sunrise and Hinton is a valid, binding, and enforceable contract consistent with the practice in the industry.

13. During the time of the Contract, Sunrise had the certified organic corn identified in the Contract ready and available for delivery to Hinton.

14. The failure of Hinton to take delivery of the certified corn as agreed in the Contract is a breach of contract.

15. Hinton's breach of contract has caused damages to Sunrise in the minimum amount of $429,222.76, exclusive of its costs and attorneys' fees.

16. By reason of Hinton's breach of contract, Sunrise has been required to retain the services of Hawley Troxell Ennis & Hawley, LLP and has and will incur costs and attorney fees. Under Idaho Code §§ 12-120 and 12-121, Sunrise is entitled to an award from Hinton of its costs and reasonable attorneys' fees incurred in bringing this action.

### IV.   JURY DEMAND

17. Sunrise demands a trial by jury on all issues so triable.

### V.
### PRAYER FOR RELIEF

WHEREFORE, Sunrise prays for relief as follows:

1. For judgment in the amount of not less than $429,222.76.

2. For the recovery of its costs and attorneys' fees incurred herein.

3. For such other further relief as the Court deems just and proper.

DATED THIS 3rd day of November, 2017.

                HAWLEY TROXELL ENNIS & HAWLEY LLP

                By /s/ Dane Bolinger
                    Dane Bolinger, ISB No. 9104
                    Attorneys for Plaintiff